## C. W. GREEN V. THE STATE.

No. 22264. Delivered November 4, 1942.
Rehearing Denied January 13, 1943.

The opinion states the case.

*Mel Janes,* of Lubbock, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with violation of the liquor laws and assessed a fine of $200.00.

The record is before us without bills of exception and statement of facts. It appears to be regular in every respect and we find nothing for our consideration.

The judgment of the trial court is affirmed.

ON MOTION FOR REHEARING.

HAWKINS, Presiding Judge.

The record in the present case is in all respects the same as in No. 22,263, against the same appellant, (Page 249 of this volume) and for the same reasons the motion for rehearing is overruled.